**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Jammy Derone LEGETTE,
Defendant—Appellant.**

No. 11–6003.

United States Court of Appeals,
Fourth Circuit.

Submitted: May 19, 2011.

Decided: May 23, 2011.

Jammy Derone Legette, Appellant Pro Se. Arthur Bradley Parham, Assistant United States Attorney, Florence, South Carolina, for Appellee.

Before TRAXLER, Chief Judge, and AGEE and KEENAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jammy Derone Legette appeals the district court's order denying his motion to withdraw his guilty plea. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Legette*, No. 4:04–cr–00795–TLW–1 (D.S.C. filed Dec. 10 and entered Dec. 14, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*